Dismissed and Opinion filed January 29, 2004









Dismissed and Opinion filed January 29, 2004.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-03-01426-CR

NO. 14-03-01427-CR

____________

 

ULYSIS CRUZ REYES, Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the 184th District
Court

Harris County, Texas

Trial Court Cause Nos.
906,376 & 912,919

 



 

M E M O R A N D U M  
O P I N I O N

Appellant pled guilty to the offenses of unauthorized use of
a vehicle and manslaughter on November 20, 2003.  In accordance with the terms of a plea
bargain agreement with the State, the trial court sentenced appellant to seven
years for manslaughter and eighteen months for unauthorized use of a vehicle.  Because appellant has waived his right to
appeal, we dismiss. 








The trial court entered a certification of the defendant=s right to appeal in which the court
certified that this is a plea bargain case, and the defendant has no right of
appeal.  See Tex. R. App. P. 25.2(a)(2).  The trial court=s certification is included in the
record on appeal.  See Tex. R. App. P. 25.2(d).

Accordingly, we dismiss the appeal.  

 

PER CURIAM

 

 

 

Judgment rendered and Opinion
filed January 29, 2004.

Panel consists of Chief Justice
Hedges and Justices Anderson and Seymore.

Do Not Publish C Tex. R. App. P. 47.2(b).